No. 1272. Sucesión Vega et al., Demandantes y Apelantes, v. Sucesión Cabrera et al., Demandados y Apelados.—Reivindicación hereditaria y nulidad. Arecibo. Febrero 3, 1915. *Desestimada la apelación.*

No. 793. El Pueblo, Demandante y Apelado, v. Segarra, Demandado y Apelante.—Portar armas prohibidas. Ponce. Febrero 8, 1915. *Desistida la apelación.*

No. 796. El Pueblo, Demandante y Apelado, v. Paz, Acusado y Apelante.—

No. 797. El Pueblo, Demandante y Apelado, v. Alvarez, Acusado y Apelante.—

No. 798. El Pueblo, Demandante y Apelado, v. Sánchez, Acusado y Apelante.—

No. 799. El Pueblo, Demandante y -Apelado, v. Nieves, Acusado y Apelante.—

No. 800. El Pueblo, Demandante y Apelado, v. Luyano, Acusado y Apelante.—

No. 801. El Pueblo, Demandante y Apelado, v. Hernández, Acusado y Apelante.—

No. 802. El Pueblo, Demandante y Apelado, v. Casillas, Acusado y Apelante.—

No. 803. El Pueblo, Demandante y Apelado, v. Delgado, Acusado y Apelante.—

No. 804. El Pueblo, Demandante y Apelado, v. Díaz, Acusado y Apelante.—

No. 805. El Pueblo, Demandante y Apelado, v. Reyes, Acusado y Apelante.—

Infracción al artículo 162 del Código Penal. Humacao. Febrero 8, 1915. *Desistidas las apelaciones.*

No. 1240. Vázquez, Demandante y Apelado, v. El Municipio de Arecibo, Demandado y Apelante.—Daños y perjuicios. Arecibo. Febrero 9, 1915. *Desistida la apelación.*